UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JORGE ARMANDO CHAVEZ,<br><br>Defendants | CASE NO. 1:13-CR-215 AWI BAM<br><br>ORDER AMENDING PRE-TRIAL ORDER |

On November 7, 2013, the Court issued a pre-trial order in this case. See Doc. No. 20. The pre-trial order set trial for April 8, 2014, set the pre-trial conference and motion in limine hearing for March 17, 2014, and set various additional dates and deadlines. See id. On November 8, 2013, the parties filed stipulation to advance the trial date to April 1, 2014, and the pre-trial conference date to March 10, 2014. See Doc. No. 21. On November 12, 2013, the Court signed the stipulation. See Doc. No. 22.

Recently, the Court received an e-mail from Plaintiff's counsel (defense counsel was also a recipient of the e-mail). The e-mail inquired if all other dates in the pre-trial order should be considered advanced by one week in light of the stipulation. Because the trial date and the pre-trial conference have been advanced by one week, it is appropriate that all other dates in the November 7, 2013 pre-trial order also be advanced by one week. The Court will issue this order so as to clarify the situation.

Accordingly, IT IS HEREBY ORDERED that:

1. In light of the November 22, 2013, court-signed stipulation, and the advancement of the trial and pre-trial conference dates, all other dates in the November 7, 2013 pre-trial order are advanced by one week; and

2. All other aspects of the November 7, 2013, pre-trial order remain in effect.

IT IS SO ORDERED.

Dated: January 2, 2014

SENIOR DISTRICT JUDGE