HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00215 AWI-BAM-1 |
| Plaintiff, | |
| vs. | AMENDED STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER |
| JORGE ARMANDO CHAVEZ, | |
| Defendant. | Date:  November 3, 2014<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jorge Armando Chavez, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for July 28, 2014 may be set over to November 3, 2014.

The defense proposes this stipulation in order to complete investigation prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  July 25, 2014         */s/ Michael S. Frye*
                              MICHAEL S. FRYE
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 25, 2014          */s/  Victor M. Chavez*
                              VICTOR M. CHAVEZ
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Jorge Armando Chavez


**O R D E R**

IT IS SO ORDERED.

Dated:   July 25, 2014        _____
                              SENIOR  DISTRICT  JUDGE