HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00215-AWI-BAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING |
| JORGE ARMANDO CHAVEZ, | |
| Defendant. | Date:   January 5, 2015<br>Time:  1:30 p.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jorge Armando Chavez, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for November 3, 2014 may be set over to January 5, 2015.

The defense proposes this stipulation in order to complete investigation prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date:  October 29, 2014              */s/ Michael S. Frye*
                                        MICHAEL S. FRYE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: October 29, 2014               */s/ Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Jorge Armando Chavez

                                            **O R D E R**

IT IS SO ORDERED.

Dated:  October 29, 2014                            [signature]
                                                  SENIOR  DISTRICT  JUDGE