HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00215 AWI-BAM-1 |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING |
| vs. | ) | |
| JORGE ARMANDO CHAVEZ, | ) | Date: April 13, 2015 |
| *Defendant.* | ) | Time: 1:30 p.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jorge Armando Chavez, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for March 2, 2015 may be set over to April 13, 2015, at 1:30 p.m.

The defense proposes this stipulation in order to subpoena records and allow time to review them prior to the hearing. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: February 26, 2015           */s/ Michael S. Frye*
                                      MICHAEL S. FRYE
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: February 26, 2015           */s/ Victor M. Chavez*
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      Jorge Armando Chavez


                                      **O R D E R**

IT IS SO ORDERED.

Dated: February 26, 2015                  _____
                                      SENIOR DISTRICT JUDGE