HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
VICTOR MANUEL CHAVEZ, Bar # 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant JORGE ARMANDO CHAVEZ

BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00215-AWI-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR ENTRY OF A** |
| | ) | **PROTECTIVE ORDER AND** |
| vs. | ) | **ORDER THEREON** |
| | ) | |
| JORGE ARMANDO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the undersigned parties through their respective counsel of record, that the following provisions and conditions shall govern the parties:

**RECITALS**

1.  The above captioned case was filed on May 23, 2013 against Defendant Jorge Armando Chavez.

2. On or about April 13, 2015, Defendant Jorge Armando Chavez issued a subpoena to the Bakersfield Police Department seeking: (1) Personnel file for the purpose of identifying any material relevant to impeachment for each of the following officers: Paul Bender, Clifton Ary, Travis Harless, and Robert Routh; and (2) Booking information, including photographs taken of Mr. Chavez after his arrests on October 9, 2012 and March 23, 2012 to establish the correct time of his arrest and his physical appearance.

3. It is the Bakersfield Police Department's position that the personnel files sought by the subpoenaing party contain information which is confidential and may invade the privacy rights of the officers and third parties. The Bakersfield Police Department is represented by Heather S. Cohen of Marderosian, Cercone and Cohen.

**STIPULATION**

As a result of the above stated Recitals, the parties have met and conferred and agree as follows:

1. The Bakersfield Police Department will deliver to the Honorable Judge Anthony Ishii personnel records responsive to the subpoena for his review in chambers. Judge Ishii will review the records and determine if the defendant is entitled to any of the records;

2. Any such records that are determined by Judge Ishii to be discoverable will be delivered to Defense Counsel's office and to the United States Attorney's office and will be marked "Confidential";

3. All counsel agrees that the "Confidential" records produced will be used by their offices only for the purpose of preparing the prosecution and defense in this criminal action and for no other purpose;

4. Counsel agrees that the records will not be provided to Defendant Jorge Armando-Chavez;

5. The "Confidential" records will be securely stored and be available only to personnel who are working on the prosecution and defense of this case and will not be unnecessarily distributed to individuals who are not directly working on this matter;

6. To the extent that the Court determines that any of the "Confidential" records produced are admissible at the time of the trial of this matter, Defense Counsel Victor Chavez agrees to give notice to the Attorney Heather S. Cohen, counsel for the Bakersfield Police Department, so that further steps can be taken to ensure the confidentiality of the information contained in the records is maintained and protected; and

7. Following the conclusion of this action which includes any appeal process, the "Confidential" records will be destroyed by Counsel.

Dated: April 15, 2015                              /s/ Victor M. Chavez

                                              By:_____
                                                  Victor M. Chavez,
                                                  Assistant Federal Defender,
                                                  Attorney for Defendant
                                                  JORGE ARMANDO CHAVEZ


Dated: April 15, 2015                              UNITED STATES ATTORNEY'S OFFICE

                                                   /s/ Michael S. Frye

                                              By:_____
                                                  Michael S. Frye,
                                                  Attorneys for Plaintiff
                                                  UNITED STATES OF AMERICA


**ORDER**

Upon stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Bakersfield Police Department will deliver to the Honorable Judge Anthony Ishii personnel records responsive to the subpoena for his review in chambers. Judge Ishii will review the records and determine if the defendant is entitled to any of the records;

2. Any such records that are determined by to be discoverable will be delivered to Defense Counsel's office and to the United States Attorney's office and will be marked "Confidential";

3. The "Confidential" records produced will be used by Counsels' offices only for the purpose of preparing the prosecution and defense in this criminal action and for no other purpose;

4. The records will not be provided to Defendant Jorge Armando-Chavez;

5. The "Confidential" records will be securely stored and be available only to personnel who are working on the prosecution and defense of this case and will not be unnecessarily distributed to individuals who are not directly working on this matter;

6. To the extent that the Court determines that any of the "Confidential" records produced are admissible at the time of the trial of this matter, Defense Counsel Victor Chavez shall give notice to counsel

for the Bakersfield Police Department so that further steps can be taken to ensure the confidentiality of the information contained in the records is maintained and protected; and

7. Following the conclusion of this action which includes any appeal process, the "Confidential" records will be destroyed by Counsel.

IT IS SO ORDERED.

Dated: __April 15, 2015__                         _____
                                                   SENIOR DISTRICT JUDGE