HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-CR-00215-AWI-BAM-1 |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING |
| vs. | ) | |
| JORGE ARMANDO CHAVEZ, | ) | Date:  July 6, 2015 |
| | ) | Time:  1:30 p.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jorge Armando Chavez, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for June 8, 2015 may be set over to July 6, 2015, at 1:30 p.m.

The defense proposes this stipulation in order to subpoena a witness and to view physical evidence prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  June 5, 2015            */s/ Michael S. Frye*
                                MICHAEL S. FRYE
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2015             */s/ Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Jorge Armando Chavez


**O R D E R**

IT IS SO ORDERED.

Dated:   June 5, 2015          _____
                                SENIOR  DISTRICT  JUDGE