HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00215 AWI-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING |
| vs. | |
| JORGE ARMANDO CHAVEZ, | Date:  September 28, 2015 Time:  1:30 p.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Jorge Armando Chavez, that the evidentiary hearing on defendant's motion to suppress evidence currently scheduled for July 6, 2015 may be set over to September 28, 2015, at 1:30 p.m.

The defense proposes this stipulation to allow defense counsel time to conduct additional investigation.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: July 2, 2015                     */s/ Michael S. Frye*
                                        MICHAEL S. FRYE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: July 2, 2015                     */s/ Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Jorge Armando Chavez


## **O R D E R**

The evidentiary hearing on defendant's motion to suppress evidence currently scheduled for July 6, 2015, is continued to **October 5, 2015**, at 1:30 p.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.


IT IS SO ORDERED.

Dated:  July 2, 2015                                    _____
                                                        SENIOR  DISTRICT  JUDGE