HEATHER E. WILLIAMS, SBN 122664
Federal Defender
VICTOR M. CHAVEZ, SBN 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ARMANDO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-CR-00215-AWI-BAM-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO VACATE EVIDENTIARY |
| | ) HEARING AND SETTING CASE FOR |
| vs. | ) STATUS CONFERENCE; ORDER |
| | ) |
| JORGE ARMANDO CHAVEZ, | ) Date: January 4, 2016 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the evidentiary hearing currently set for November 16, 2015 be vacated and the matter be set for status conference hearing on January 4, 2016, 10:00 a.m.

The parties need to arrange an inspection of evidence at the Bakersfield Police Department. The parties plan to accomplish this in December. Therefore, it is requested that the current evidentiary hearing be vacated and a status conference be set for January 4, 2016, at 10:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  November 12, 2015        /s/ Michael S. Frye
                                 MICHAEL S. FRYE
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: November 12, 2015         /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Jorge Armando Chavez


**O R D E R**

IT IS SO ORDERED.

Dated:   November 12, 2015        _____
                                  SENIOR DISTRICT JUDGE