BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ARMANDO CHAVEZ,<br><br>Defendant. | CASE NO. 1:13-CR-00215-DAD-BAM<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE**<br><br>DATE:  March 28, 2016<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

### STIPULATION TO MODIFY BRIEFING SCHEDULE

At the January 19, 2016, status conference in the above-referenced matter a hearing date was set for March 28, 2016, for the Court to determine whether an evidentiary hearing will be necessary on the Defendant Chavez' motion to suppress evidence. The parties previously submitted briefs, but the Court permitted parties to submit supplemental briefing as follows: Chavez supplemental brief was due February 9, 2016, the Government's supplemental opposition is due one week later on February 16, 2016, and any reply brief is due February 23, 2016.

Chavez's supplemental brief, filed February 9, 2016, raises new issues requiring further factual inquiry by the Government. However, the current briefing schedule, which requires the opposition to be filed within one week after the supplemental motion, does not allow sufficient time for the government to adequately respond to these issues.

1

Consequently, the parties agree that Government should be permitted to file its opposition by February 23, 2016, and any reply brief by Chavez may be filed by March 8, 2016. The parties believe that the extension of these filing dates will not require the Court to move the March 28, 2016 hearing date.

DATED: February 12, 2016    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye
MICHAEL S. FRYE
Assistant United States Attorney

DATED: February 12, 2016    /s/ Victor Chavez
VICTOR CHAVEZ
Counsel for Defendant

**ORDER**

Based on the stipulation of counsel and for good cause, the Government's supplemental opposition shall be filed by February 23, 2016, and that any reply brief by Chavez shall be filed by March 1, 2016

IT IS SO ORDERED.

Dated:   **February 12, 2016**                             /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE