UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00215-DAD-BAM |
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| JORGE ARMANDO CHAVEZ, | |
| Defendant. | |

The above named defendant having been sentenced on January 27, 2020 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:  **January 27, 2020**  _____

UNITED STATES DISTRICT JUDGE