AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JORGE ARMANDO CHAVEZ**<br>AKA: George Armando Chavez, Jorge Chavez, George Chavez | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **1:13CR00215-001**<br>Defendant's Attorney: Richard Beshwate, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge __3__ as alleged in the violation petition filed on __11/8/2019__.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:
**See next page.**

The court: [ ] revokes: [ ] modifies: [✓] continues under same conditions of supervision heretofore ordered on __7/25/2016__.

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge(s) __1 and 2__ are dismissed.

    **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**1/27/2020**
Date of Imposition of Sentence

*Dale A. Drozd* (signature)

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
1/28/2020
Date

AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **JORGE ARMANDO CHAVEZ** AKA: George Armando Chavez, Jorge Chavez, George Chavez
CASE NUMBER: **1:13CR00215-001**

Page 2 of 2

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 3 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | October 17, 2019 |