PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00182-NONE-SKO; 1:13-CR-00215-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JORGE CHAVEZ, | |
| Defendant. | DATE: June 30, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 30, 2021.

2. By this stipulation, the parties move to continue the status conference until July 21, 2021, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 30, 2021, and July 21, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On December 22, 2020, the Court entered an order on the government's *ex parte* application to disclose portions of certain orders authorizing the interception of wire and electronic communications, the accompanying applications, affidavits, and recordings, relevant to this case. CR 11. Consistent with this order, the government prepared redacted copies of

relevant filings and associated discovery materials numbering approximately 270 pages and produced and made available for defense counsel's inspection and copying these materials.

      b)      Counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial. Separately, the government transmitted a plea offer to defense counsel on February 26, 2021, and defense counsel requires additional time to review discovery in light of the plea offer.

      c)      Counsel for the defendant acknowledges that the date set by the government by which defendant could accept the plea offer has been extended once already, and that the plea offer now expires on July 21, 2021.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2021 to July 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 22, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: June 22, 2021

/s/ RICHARD BESHWATE
RICHARD BESHWATE
Counsel for Defendant
Jorge Chavez

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: June 23, 2021

*/s/Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE