PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00182-NONE-SKO; 1:13-CR-00215-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARINGS; ORDER |
| v. | |
| JORGE ARMANDO CHAVEZ, | DATE: December 3, 2021 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters are scheduled for sentencing on December 3, 2021.

2. By this stipulation, the parties now move to continue the sentencing hearings until January 14, 2022, or the Court's earliest convenience.

3. The parties are conducting additional investigation of issues relevant to the sentencing hearing and seek additional time to complete their respective investigations.

4. Defendant remains in custody and agrees to this continuance.

///

///

///

IT IS SO STIPULATED.

Dated:  November 19, 2021          PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ CHRISTOPHER D. BAKER
                                    CHRISTOPHER D. BAKER
                                    Assistant United States Attorney


Dated:  November 19, 2021           /s/ RICHARD BESHWATE
                                    RICHARD BESHWATE
                                    Counsel for Defendant
                                    Jorge Armando Chavez

**ORDER**

IT IS SO ORDERED.

Dated:   **November 19, 2021**      _____
                                    UNITED STATES DISTRICT JUDGE